# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand and fourteen.

---

Orson D. Munn, III, as parent and next friend of C.M. & Ind, Christine Munn, as parent and next of C.M. & Ind, Cara L. Munn,

    Plaintiffs-Appellees,

        v.

The Hotchkiss School,

    Defendant-Appellant.

**ORDER**

Docket No. 14-2410

---

The parties stipulate to proceed using a joint appendix pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c).

IT IS HEREBY ORDERED that the stipulation is SO ORDERED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

